UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MICHAEL LORUSSO,**

    **Petitioner,**

v.                                  Case No. 1:25-cv-196-TKW-ZCB

**BRUCE JOHNSON,**

    **Respondent.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 10). Petitioner filed a "Motion for Reconsideration" (Doc. 11) and a "Motion for Objections" (Doc. 12), which the Court treats collectively as Petitioner's objections to the Report and Recommendation under Fed. R. Civ. P. 72(b)(2).

Upon de novo consideration of the issues raised in the objection under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court agrees with the magistrate judge's determination that Petitioner's §2241 habeas petition should be dismissed under *Younger v. Harris*, 401 U.S. 37 (1971). The Court also agrees that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's §2241 habeas petition is **DISMISSED without prejudice** under *Younger v. Harris*, 401 U.S. 37 (1971).

3. A certificate of appealability is **DENIED**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 29th day of August, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**